# Exhibit 2

**From:** Thomas Matos tbird641@yahoo.com
**Subject:** Ministry Ideaz LLC
**Date:** March 2, 2018 at 6:44 PM
**To:** Greg - Ministry Ideaz greg.h@ministryideaz.com



Greg,

    There has been far to much pressure on Nanci and I being in business with you.
In light of all that has happened, what is currently happening and what might happen with you both personally and legally we are severing ties!
Being associated with Ministry Ideaz has become a liability that has already damaged us.

I tried to weather the storm in hopes of being able to continue on but there has been no changes to the problems that surround you and being in business with you!
The store sign has been removed, the lease has ended, utilities, phones and internet canceled and all Clovers shut down.

I have not ended the business TD account and will hold off until we talk! I still have some return checks that I will deposit on Monday.
There is still much to discuss regarding the assets of Ministry Ideaz LLC. This decision did not come lightly and has strained every aspect of our daily lives. I will be able to deal with a conversation on Monday maybe Sunday either way I will let you know! Please do not call or text as I will not respond!

I have some ideas on how we might come to a mutually beneficial agreement that will enable dissemination of online products and returns to continue being handled for a time here in New York.
I offer this option in an attempt to soften the blow that this must surely be.

Bear in mind that the store is gone, our conversation must focus on division of assets and moving forward.

I hope that you take time and prepare yourself so that we may have calm and productive conversation!
A harsh and disagreeable meeting will only serve to further damage both of us as we move forward separately in business!

                Sincerely,
                Tom

---

## SPECIAL MEETING MINUTES– LLC
### OF:
_____Ministry Ideaz_____**LLC**

The special meeting of this limited liability company was held on __March 2, 2018__ at __10:30 AM__ (time) at the location of __23 Sunset Trail   Pine Bush, New York  12566__

The following members and/or managers were present at this annual meeting:
Thomas Matos
Nanci Matos
_____

The following other people were present at this special meeting:
None

1. __Thomas Matos__ was elected as the chairperson of the meeting.
2. __Nanci Matos__ was elected as the secretary of the meeting, and was the person memorializing these minutes.
3. The chairperson announced that the meeting was called by __Thomas Matos__ of the limited liability company.
4. The minutes from the previous meeting were distributed. All members that were present read the previous meeting's minutes and inspected any LLC records if they wanted to.
5. The following items of business were conducted:

   1- Payment of Quarterly Sales Tax

   2- Disconect of utilities

   3- Terminate "Ministry Ideaz LLC" lease

   4- Dissolution of Ministry Ideaz LLC

   5- Storage of Ministry Ideaz LLC assets

Special Meeting Minutes LLC - 1

There being no further business to discuss, upon motion by __Thomas Matos__ and carried, the meeting was adjourned.

Dated __March 2, 2018__

Member name: **Thomas Matos**

Member signature: *Thomas Matos* (signed)

Member name: **Nanci Matos**

Member signature: *Nanci Matos* (signed)

_____      _____

_____      _____

Signature of Secretary of this meeting that documented this form:

X *Nanci Mator*     3-2-2018 _____ Date

Special Meeting Minutes LLC - 2



Letter of Resign...n.docx





