# Exhibit 3

# AGREEMENT

It is agreed that Ministry Ideaz LLC is dissolved.

Regarding the office equipment and existing Ministry Ideaz LLC inventory Greg Holland agrees to transfer his portion of ownership to Thomas Matos and Nanci Matos.

In return Thomas and Nanci Matos agree to accept and process Ministry Ideaz online sales packages for a period of time ending on Dec. 31st 2018.

It is also agreed that as further compensation for existing inventory Thomas and Nanci Matos will also accept, process and deposit return checks for Ministry Ideaz into an existing TD Bank account accessible Greg Holland.

Thomas and Nanci Matos also agree to direct any incoming calls searching for Ministry Ideaz Online business to 1-877-446-0784.

As of the signing of this agreement any money entering the said TD account will be the sole possession of Greg Holland and Ministry Ideaz.

Signed: _[signature]_ Date: 3-5-2018
Thomas Matos

Signed: _[signature]_ Date: 3-5-2018
Nanci Matos

Signed: _[signature]_ Date: 3-5-2018
Greg Holland