# Exhibit 4

180508000074



**NEW YORK STATE OF OPPORTUNITY.** | Division of Corporations, State Records and Uniform Commercial Code

Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# ARTICLES OF DISSOLUTION
## OF

### MINISTRY IDEAZ LLC
*(Insert name of Domestic Limited Liability Company)*

Under Section 705 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:
MINISTRY IDEAZ LLC

If the name of the limited liability company has been changed, the name under which it was organized is: n/a

**SECOND:** The date of filing of the articles of organization is: May 30, 2017

**THIRD:** The event giving rise to the filing of the articles of dissolution is:

*(Check appropriate statement)*

☒ The vote or written consent of a majority in interest of the members of the limited liability company.

☐ There are no members of the limited liability company.

☐ Pursuant to the dissolution date set forth in the articles of organization or operating agreement of the limited liability company.

☐ The following event, as specified in the operating agreement:

_____

☐ The entry of a decree of judicial dissolution.

X  /s/ Thomas Matos
*(Signature)*

Thomas Matos
*(Type or print name)*

Capacity of Signer *(Check appropriate box):*

☒ Member

☐ Manager

☐ Authorized Person

DOS-1366-f (Rev. 03/17)                                    Page 1 of 2

180508000074



# ARTICLES OF DISSOLUTION
# OF

## MINISTRY IDEAZ LLC

*(Insert name of Domestic Limited Liability Company)*

Under Section 705 of the Limited Liability Company Law

Filer's Name and Mailing Address:

John J. Fallon
*Name:*

McAdam & Fallon PC
*Company, if Applicable:*

PO Box 500
*Mailing Address:*

Walden, NY 12586
*City, State and Zip Code:*

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing articles of dissolution for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a $60 filing fee made payable to the Department of State.

*(For office use only.)*

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**

FILED   MAY 08 2018
TAX $ _____
BY: _____

DOS-1366-f (Rev. 03/17)                                                                                                           Page 2 of 2