# Exhibit 1

| | |
|---|---|
| **From:** | Luis Calvo |
| **To:** | Robert M. Lefland |
| **Cc:** | Robert M. Lefland; Jack A. Gordon; Joshua B. Katz |
| **Subject:** | Holland v. Matos et. al. - 18-cv-6697 (KMK) |
| **Date:** | Tuesday, November 20, 2018 4:06:00 PM |

Dear Mr. Lefland,

I write to confirm our conversation earlier today.  As discussed and agreed, on the following dates, the parties will exchange:

- Rule 26(a) Disclosures by January 4, 2019;
- Produce documents and responses to discovery demands by January 30, 2019;
- Depositions will be conducted by April 26, 2019; and
- Expert Reports regarding each party's claims by June 1, 2019; rebuttal reports 30 days after.

The above dates are subject to modification by Judge Karas.

Additionally, we would like to parties to enter into a protective order for documents exchanged in discovery.  If agreeable, we will send you a draft order for your review.

Regards,
Luis


**Luis F. Calvo, Esq.**
KENT, BEATTY & GORDON, LLP
Eleven Times Square
New York, NY 10036
Phone:  (212) 421-4300
Facsimile:  (212) 421-4303
LFC@KBG-Law.com


**This communication may be privileged and confidential. If you have received this e-mail in error, please immediately delete it and destroy all copies, and contact the sender so necessary transmittal corrections may be made.**