



# KENT, BEATTY & GORDON, LLP

ATTORNEYS AT LAW

ELEVEN TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 421-4300   FAX: (212) 421-4303
WWW.KBG-LAW.COM

**Joshua B. Katz**
jbk@kbg-law.com
New York Bar

March 25, 2019

*Via ECF*
Honorable Judith C. McCarthy
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *Holland v. Thomas Matos, et. al*
      18 Civ. 6697 (KMK) (JCM)

Dear Judge McCarthy:

We represent plaintiff Greg Holland. Pursuant to the parties' call with chambers this morning, we write to request that the discovery conference scheduled for March 27, 2019 be adjourned to April 19, 2019, at 11:00 a.m.

Respectfully submitted,

Joshua B. Katz

cc: All counsel of record