UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREG HOLLAND,

                Plaintiff,

-against-

THOMAS MATOS, NANCI MATOS and
BESTLIFE GIFTS LLC,

                Defendants.
------------------------------------------------------------X

**NOTICE OF LIMITED SCOPE APPEARANCE OF *PRO BONO* COUNSEL**

Docket No. 18:-cv-06697 (KMK)(JCM)

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as *pro bono* counsel in this case on behalf of defendants Thomas Matos, Nanci Matos and Bestlife Gifts LLC for the limited purpose of taking and defending depositions. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: December 19, 2019
       New York, New York

Respectfully,

/s/ Michael Cohen
Michael Cohen
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9230
mcohen@kramerlevin.com