```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GREG HOLLAND,

             Plaintiff,

        -against-                          18 Civ. 6697(KMK)

THOMAS MATOS,

             Defendant .

------------------------------------x


                                  United States Courthouse
                                  White Plains, New York

                                  October 24, 2019



                      HONORABLE KENNETH M. KARAS,
                                  District Court Judge




LUIS CALVO
        Attorney for Plaintiff


ROBERT LEFLAND
        Attorney for Defendant
```

                Angela O'Donnell, RPR, 914-390-4025

```
 1              THE CLERK:  All rise.  The Honorable Kenneth M. Karas
 2   presiding.  Greg Holland versus Thomas Matos, 18CV669.
 3              Counsel, please state your appearances.
 4              MR. CALVO:  Luis Calvo for plaintiff.
 5              THE COURT:  Good afternoon.
 6              MR. LEFLAND:  Good afternoon, your Honor.  Robert M.
 7   Lefland for the defendants.
 8              THE COURT:  Good afternoon.  Please be seated.
 9              So I take it there's no opposition to your
10   application.
11              MR. LEFLAND:  I've seen none from anyone, your Honor.
12              THE COURT:  Okay.  Does the LLC recognize it cannot
13   represent itself?
14              MR. LEFLAND:  We're going to discuss that.  Yes.
15              THE COURT:  So as long as the LLC and those who run
16   the LLC understand that the LLC is going to have to get a
17   lawyer, then I see no reason not to grant your application.
18              That's the thing I want to make sure people
19   understand.  You know it and I know it, but sometimes
20   nonlawyers don't understand the concept.
21              MR. LEFLAND:  It's something that they're going to
22   have to address.  I will discuss that with them when we're done
23   here.
24              THE COURT:  Okay.  Then your application is granted.
25              MR. LEFLAND:  Thank you, Judge.
```

```
1                THE COURT:  We'll catch you on the next case.
2                MR. LEFLAND:  All right.
3                THE COURT:  Enjoy the rest of the day.
4                You didn't need to be here.
5                MR. CALVO:  I just came just in case.
6                THE COURT:  Look, you're a groupie, I respect that.
7                All right.  Enjoy the rest of the day.  Take care.
8                MR. CALVO:  Your Honor, just one question.
9                THE COURT:  Yes.
10               MR. CALVO:  Is there an amount of time that you're
11   going to establish for defendants --
12               THE COURT:  How much time do you think they need?
13   That's a fair question.
14               MR. LEFLAND:  The issue of the LLC is going to be of
15   concern to them to find an attorney to handle that portion of
16   the case, so I would ask for 60 days.
17               THE COURT:  All right, I'll give them 60 days.  That
18   seems fair.
19               I know you want it to be faster, but they need some
20   time to figure this out, and I don't think in 60 days the barn
21   is going to burn down in 60 versus 30.
22               MR. CALVO:  Okay.
23               THE COURT:  Okay.  So you've got 60 days.  Good luck.
24               MR. CALVO:  Thank you, your Honor.
25               (Proceedings concluded)

                    Angela O'Donnell, RPR, 914-390-4025
```