May 27th, 2021

Honorable Kenneth Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601-4150

Re: Holland v Matos, et. al, 18 Civ. 6697 (KMK) (JCM)

Dear Judge Karas:

Regarding our application to the Court requesting assignment of pro bono counsel.

I would like to reaffirm our inability to pay for legal representation. I continue to depend on unemployment compensation. My wife is disabled with an income of $345 a month from SSD. My wife's health needs are extensive, and she is completely dependent on me for all doctor's appointment and the many therapies she attends for her brain injury. Even if I were capable of representing myself (*which I am not*), I would never have the time or mental fortitude to attempt competently represent myself and my wife. It is simply an unfair disadvantage to both her and I to attempt a proper defense without some form of legal representation.

The business we had is bankrupt in part from Covid in part from this lawsuit. We have no savings we live week to week like many today and I challenge counsel for the plaintiff to show otherwise with more than false accusations and innuendos.

I would like to address the three areas outlined in Dkt. No. 91.

1- We continue to seek assistance with our case by reaching out to various organizations, law firms and attorneys who are involved with Pro Bono services such as:
   - A- Brooklyn Bar Association
   - B- New York County Lawyers Association
   - C- Kramer Levin law firm
   - D- New York Legal Assistance Group
   - E- Legal Services of the Hudson Valley
   - F- Legal Services N.Y.C.
   - G- Volunteer of Legal Services
   - H- Law Help NY
   - I- New York Legal Assistance Group (To name a few)

We continue to seek assistance by frequently calling NYLAG since they appear to be the best possibility. We are currently waiting on some return calls by ones that needed more information.
We have reached out to Mr. Cohen the attorney that assisted us with depositions to see if he knows of any avenues we could explore.
There have been many attorneys and groups that have explained they do not handle this particular type of lawsuit or those that simply are not involved with Pro Bono work.

2- With proper legal counsel, the proper presentation of information gleaned during discovery will show that the plaintiff is knowingly misrepresenting the facts of this case. With capable and educated legal representation proper cross examination will be able to expose truths that would prove the defendant's innocence and the validity of the defendant's countersuit. The facts will show that the plaintiff made false and misleading statements to slander, defame and willfully injure the defendants' reputations in his effort to establish his false narrative.

With proper legal representation the ability to establish the existing contract as legally binding and without coercion would be possible.
With a capable attorney the fact that the plaintiff was aware of every monetary transaction that transpired during the course of our partnership would be possible. Which would clearly show the court no theft took place and clearly establish the plaintiff as the one in complete control of all accounting related to the business.

With proper legal representation and with the testimony of witnesses and depositions certain facts can be extracted. Facts which will show that it was the plaintiffs drug use, infidelity and expulsion from our shared religious values and institution which caused the separation as partners and not theft, coercion and certainly not intimidation.

3- Refuting the plaintiffs' claims will require capable counsel able to navigate the large number of documents, depositions other evidence connected to this case.
A capable attorney able to properly defend against two accomplished and capable attorneys for the plaintiff.

We the defendants would not even begin to understand how to present extensive evidence at trial which will certainly involve factual disputes. There is conflicting evidence that requires cross-examination. Without legal counsel we have no idea what is involved with or how to conduct competent cross examination which could be critical to establishing the plaintiffs' deceptions and our innocence.

Based on the council for the plaintiff's approach and posturing there is no doubt facts in this case will be heavily contested. Without proper legal counsel which we can no longer afford it would be most difficult if not impossible to respond appropriately enabling us to receive a just outcome. Without legal counsel a laymen could not possibly be expected to clearly present to the court a successful or even competent defense considering all the misinformation and the amount of convoluted information that has been presented.

Thank you for considering my request.

Sincerely,

*Thomas Matos*

Thomas Matos