MEMO ENDORSED

28 October 2021

Hon. Kenneth M. Karas
Southern District of New York

        RE: *Holland v. Matos, et. al*, **18 Civ. 6697**
              **Extension Request on the Pre-Trial Order**

Dear Judge Karas,

    I represent myself in the above referenced matter.

    I would like to assure the court that I am doing everything in my power to comply with the requirements of both the court and the plaintiffs' attorneys. It was not until October 6th, 2021, that NYLAG agreed to assist me in preparing for trial. I have since that time stayed in constant contact with them attempting to understand and perform tasks as a Pro Se litigant to the best of my abilities. It was only yesterday that NYLAG sent me a template for properly preparing materials I will use at trial. There are well over 200 documents and audio files that I must review as to their acceptability by the court and then proceed to properly catalogue them. That is what I am currently doing. I have put secular work aside in order to accomplish the tasks.

    During the course of all this I still have obligations to my wife who suffers tremendously from a brain injury sustained from a car accident. There are appointments and treatments that equally demand my time. This situation continues to place tremendous strain on us physically, mentally and emotionally and I assure you no one looks forward to its conclusion more than my wife and I.

    I have been forthcoming with the plaintiff's attorney regarding a realistic time frame now that I have direction and assistance from NYLAG. There is simply no way for me to be prepared for an adequate defense at trial before February 2022.

The Parties have been given more than enough time to prepare this case for trial on the schedule the Court ordered. The case will go forward on this schedule.

So Ordered.
10/29/21

Respectfully,

Thomas Matos
2394 Royal Palm dr
Palm Bay, Fl 32905
(321) 890-2515
PRO SE