
1140 Avenue of the Americas, FL 9th
New York, NY 10036
tel. (646) 512-584
fax (646) 512-5603

**MUÑOZ-LÓPEZ**
**INTERNATIONAL BUSINESS LAW**

December 2, 2021

*Via ECF*
Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    *Holland v. Thomas Matos, et. al*
              *18 Civ. 6697 (KMK) (JCM)*

Dear Judge Karas:

      This firm represents plaintiff Greg Holland in the above-referenced matter. During the September 13, 2021 status conference, the Court stated that upon receipt of the JPTO, it would advise the parties of a trial date in December 2021. However, the filing of the JPTO was significantly delayed at defendants' request. If the Court is still available to try this case in December, we request that the Court not schedule trial for December 10, 13, 14 or 27-31, due to counsel's scheduling conflicts. As also discussed at the conference, counsel have personal and professional obligations that would make a trial in January or February very difficult. Therefore, if this case cannot be tried in December, we request that the Court set a firm trial date in March.

                                        Respectfully submitted,

                                        /s/

                                        Luis F. Calvo

cc:    All parties and counsels of record (*via ECF*)

Case 7:18-cv-06697-KMK   Document 112   Filed 12/02/21   Page 2 of 2