UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREG HOLLAND,

                        Plaintiff,

    v.

THOMAS MATOS, NANCI MATOS, *and*
BESTLIFE GIFTS LLC,

                      Defendants.

No. 18-CV-6697 (KMK)

CALENDAR NOTICE

KENNETH M. KARAS, United States District Judge:

    Please take notice that the above-referenced action has been scheduled for a bench trial before Judge Kenneth M. Karas on Monday, July 11, 2022 at 10:00am in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

SO ORDERED.

Dated:   May 11, 2022
           White Plains, New York

_____
KENNETH M. KARAS
United States District Judge