



# KENT, BEATTY & GORDON, LLP

ATTORNEYS AT LAW

ELEVEN TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 421-4300    FAX: (212) 421-4303
WWW.KBG-LAW.COM

**Joshua B. Katz**
jbk@kbg-law.com
New York Bar

July 5, 2022

*Via ECF*
Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street, Courtroom 521
White Plains, NY  10601

Re:   *Holland v. Matos*, 18 Civ. 6697 (KMK)

Dear Judge Karas:

We represent plaintiff Greg Holland.  The bench trial in this matter is scheduled to begin at 10:00am on July 11, 2022.  To facilitate the presentation of plaintiff's case, we respectfully request permission for plaintiff's trial counsel to use the courtroom Wi-Fi and to bring electronic devices into the courthouse.  A form of proposed Order is attached.

Respectfully submitted,

Joshua B. Katz

cc:  All counsel of record (via ECF)