UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREG HOLLAND,<br><br>      Plaintiff,<br><br>   v.<br><br>THOMAS MATOS, NANCI MATOS and BESTLIFE GIFTS LLC,<br><br>      Defendants. | 18 **CIVIL** 6697 (KMK)<br><br>**JUDGMENT** |

This case having duly come on for trial by the Court without a jury on July 12, 13, 14 and August 4, 2022, and the Court having rendered findings of fact and conclusions of law, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

(1) That plaintiff shall recover of defendants, jointly and severally, damages in the amount of $980,446.80, together with the costs of this action; and

(2) The Agreement between plaintiff and defendants dated March 5, 2018, is declared void because of fraud by the defendants in inducing same.

**DATED:**  New York, New York
     August 19, 2022

So Ordered:

_____
**U.S.D.J.**

             **RUBY J. KRAJICK**

             _____
              **Clerk of Court**

       **BY:**

             _____
              **Deputy Clerk**